UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | |
|---|---|
| IN THE MATTER OF THE USE OF A CELL-SITE SIMULATOR TO LOCATE THE CELLULAR DEVICE ASSIGNED CALL NUMBER (540) 325-0181 | Case No. 5:21-mj-00035 |

## MOTION TO SEAL

COMES NOW the United States of America through its attorney and requests that the accompanying Search and Seizure Warrant, the Application for Search and Seizure Warrant, the Search and Seizure Warrant Affidavit and Attachments, the Inventory Returns, this Motion to Seal, and the Order to Seal be placed under seal of this Court for the following reasons:

1.\
The government states that the disclosure of the documents could alert suspects in a criminal investigation and/or hinder the government's efforts in the investigation by causing the flight of the target and/or confederates, as well as the destruction of evidence.

2.\
The government requests that the stated documents be placed under seal by this Court for a period of ninety (90) days.

Respectfully submitted,

DANIEL P. BUBAR\
ACTING UNITED STATES ATTORNEY

DATE: 9/13/2021

*s/Sean M. Welsh*\
Sean M. Welsh (VA Bar No. 89660)\
Assistant United States Attorney\
United States Attorney's Office\
(434) 293-4283\
Sean.Welsh2@usdoj.gov