AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

## Return

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| 5:21-mj-00035 | 9-21-21   0600 AM | |

Inventory made in the presence of :

Inventory of the property taken and name(s) of any person(s) seized:

CSS utilized - Fugitive apprehended

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 9-22-21

_____
Executing officer's signature

Andy Parr   DUSM
Printed name and title

Received in chambers by reliable electronic means on September 22, 2021.

Joel C. Hoppe
USMJ